# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| vs. | : | |
| | : | No. 05-cr-0126-JMY-1 |
| DANIEL RUTHERFORD, et al | : | |

## ORDER

AND NOW, this 26th day of April, 2023 upon consideration of Defendant's *Pro Se Motion for Compassionate Release and Appointment of Counsel* (ECF No. 152); *Pro Se Motion for Sentence Reduction under the Compassionate Release Statute 18:3582 (c)(1)(A)(i), as Amended by the First Step Act* (ECF No. 153); and *Pro Se Daniel Rutherford Motion to Expand the Record* (ECF No. 155), and all papers submitted in support thereof and in opposition thereto, it is hereby ORDERED that Defendant's Motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) will be DENIED for the reasons set forth in the accompanying memorandum filed by the Court along with this Order.

It is further ORDERED that Defendant is free to file a new petition for compassionate release if his health condition deteriorates or has deteriorated.

BY THE COURT:

  /s/ John Milton Younge  
Judge John Milton Younge